FILED
2005 Sep-26 PM 12:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

05 SEP 22 PM 3: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| PAMELA SHIRLEY BROWNING, | ) |
| PLAINTIFF, | ) |
| V. | ) CV-05-BE-2003-W |
| WAL-MART STORES, INC., | ) |
| DEFENDANT. | ) |

### DEFENDANT'S MOTION TO CORRECT NAMED PARTY

COMES NOW Defendant, Wal-Mart Stores, Inc., and states that its correct legal designation in this action is Wal-Mart Stores East, LP. Defendant respectfully requests this Court to enter an Order correcting Defendant's designation in this action to read Wal-Mart Stores East, LP.

Respectfully submitted this the 22nd day of September, 2005.

_____
Thomas S. Creel (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)
Glenn E. Ireland (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)
Attorneys for Defendant

CARR, ALLISON, PUGH, HOWARD,
  OLIVER & SISSON, P.C.
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the _____ day of September, 2005:

John E. Warren, III, Esq.
H. H. "Chip" Nation, IV, Esq.
P. O. Box 2992
Jasper, Alabama  35502

_____
Of Counsel